**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JUANA V. SOSA DE MASS, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant | : | NO. 10-3998 |

**ORDER**

     **AND NOW**, this 15th day of November, 2011, after careful review and independent consideration of the plaintiff's request for review, the defendant's response thereto, the plaintiff's reply, and the Report and Recommendation of Carol Sandra Moore Wells, United States Magistrate Judge, it is hereby **ORDERED** that:

    1.    The Report and Recommendation, to which no objections were filed, is **APPROVED** and **ADOPTED**;

    2.    Judgment is **ENTERED** in favor of the plaintiff, Juana V. Sosa De Mass, and against the defendant, Michael J. Astrue, Commissioner of the Social Security Administration; and

    3.    The case is **REMANDED** to the Commissioner of the Social Security Administration so that the Administrative Law Judge ("ALJ") can conduct additional proceedings consistent with the Report and Recommendation. Specifically, upon remand, the ALJ shall: (a) properly assess the plaintiff's subjective complaints of pain; (b) reassess whether the plaintiff can perform her past work as a housekeeper; and, if not, (c) determine whether other work exists in the national economy that the plaintiff can perform.

It is so **ORDERED**.

                              **BY THE COURT**:

                                   /s/ Norma L. Shapiro
                                                   J.